IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CORBY LEE NANTLUS, JR.,

    Plaintiff,

vs.

GLYNN COUNTY DETENTION
CENTER,

    Defendant.

CIVIL ACTION NO.: CV205-132

## ORDER

Plaintiff previously submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff sought to proceed *in forma pauperis*. By Order dated June 27, 2005, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until July 27, 2005, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that June 27, 2005, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this _6_ day of _Aug_, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

NANTLUS
_____ )
                        )
vs                      )    CASE NUMBER  CV205-132
                        )
GLYNN CO. DETENTION     )    DIVISION     BRUNSWICK
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/5/05, which is part of the official record of this case.

Date of Mailing:        8/5/05

Date of Certificate     ☒ same date,    or _____

Scott L. Poff, Clerk

By: _____Sherry Taylor_____
Sherry Taylor, Deputy Clerk

Name and Address

Corby Nantlus, Jr., 9755462, Glynn Co. Detention Center, 1812 Newcastle Street, Brunswick, GA 31520

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate